FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL J. MCCARTAN ) <br> ) <br> Defendant. ) | 2:06-cr-350-KJD-LRL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (ECF#38), re-sentencing held on February 2nd, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: INTERNAL REVENUE SERVICE
Amount of Restitution: $49,144.00

**Total Amount of Restitution ordered: $49,144.00**

Dated this _____ day of September 2019.

_____
UNITED STATES DISTRICT JUDGE